UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. LOUIS HOLMES    Mag. No.:12-7355 (CLW)

## PETITION FOR
## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

1. LOUIS HOLMES, DOB: 1      , FBI #569835FC2 (hereinafter the "Detainee") is now confined at the Essex County Jail.

2. The Detainee is

   charged in this District by: ( ) Indictment  ( ) Information  (X) Complaint
   with a violation of 18 United States Code Section 2119

3. The Detainee will

   return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the District Court in Newark, New Jersey, MLK, Jr. Bldg & U.S. Courthouse, Courtroom 4C, before the Hon. Cathy L. Waldor, U.S. Magistrate Judge, on Thursday, January 3, 2013, at 2:00 p.m., for an Initial Appearance in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 31, 2012

LISA M. COLONE
Assistant U.S. Attorney
Petitioner

# ORDER

Let the Writ Issue.

DATED: 12/31/12

_____
Hon. Cathy L. Waldor, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ESSEX COUNTY JAIL:

WE COMMAND YOU that you have the body of

    LOUIS HOLMES, DOB:     , FBI #569835FC2

now confined at the Essex County Jail, brought before the Hon. Cathy L. Waldor, U.S. Magistrate Judge, at the United States District Court, in the MLK, Jr. Bldg & U.S. Courthouse at Newark, on Thursday, January 3, 2013 at 2:00 p.m., in civilian clothes, so that the Detainee may appear in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Cathy L. Waldor
    United States Magistrate Judge
    Newark, New Jersey

DATED: 12/31/12

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
    Deputy Clerk